# Court of Appeals
# of the State of Georgia

ATLANTA,_____

*The Court of Appeals hereby passes the following order:*

**A23A1488.  ISAAC HOWARD v. THE STATE.**
**A23A1489.  ISAAC HOWARD v. THE STATE.**

It is hereby ordered that the opinion issued on November 21, 2024 be SUBSTITUTED with the attached opinion of same date.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,_____*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*